UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRILLIAT et al., | 1:10-CV-00536-OWW-SMS |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| INDYMAC/ONEWEST BANK, FSB et al., | |
| Defendants. | |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   July 6, 2010**                              **/s/ Oliver W. Wanger**
                                                       UNITED STATES DISTRICT JUDGE

1